# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>NICHOLAS C. HINDMAN, SR.<br><br>         Defendant. | Case No. 15-CR-115-2-JPS<br><br><br><br>**ORDER** |

  On October 12, 2016, the grand jury returned a 24-count superseding indictment against Defendant Nicholas C. Hindman, Sr. and his co-defendants, Todd A. Dyer and Melvin E. Krumdick. (Docket #137). Defendant Hindman was charged in Counts 6, 7, 8, 9, 10, 14, 16, and 17 with wire fraud, in violation of 18 U.S.C. § 1343. Additionally, Defendant Hindman was charged in Count 20 with making an unlawful financial transaction, in violation of 18 U.S.C. § 1957. Finally, Defendant Hindman was charged in Count 24 with interstate transportation of monies obtained by fraud, in violation of 18 U.S.C. § 2314. On December 5, 2016, the parties filed a plea agreement indicating that Defendant Hindman agreed to plead guilty to Counts 10 and 20 of the superseding indictment. (Docket #193 at 1–2).

  The parties appeared before Magistrate Judge David E. Jones on December 5, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. Defendant entered a plea of guilty as to Counts 10 and 20 of the superseding indictment. After cautioning and examining Defendant Hindman under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an

independent factual basis containing each of the essential elements of the offense. (Docket #197 at 1–2).

Thereafter, on December 6, 2016, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' Report and Recommendation (Docket #197) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge